UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PEDRO NIEVES RIVERA,

    Petitioner,

v.                                    Case No. 5:11-cv-152-Oc-30TBS

WARDEN, FCC COLEMAN- MEDIUM,

    Respondent.

## ORDER

In an order dated December 5, 2011, the Court denied Petitioner's Petition for Writ of Habeas Corpus. The Court found procedural requirements were met in this case and the evidence was sufficient to find Petitioner guilty of the disciplinary charge at issue. (Doc. 13). Now pending before the Court is Petitioner's Motion for Reconsideration (Doc. 15), in which Petitioner contends the Court did not address his claim of actual innocence.

Petitioner's motion is without merit and accordingly it is due to be denied. Upon due consideration, Petitioner's Motion for Reconsideration (Doc. 15), is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on February 23, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record